LINDA G. HARVEY (LH 8862)
lharvey@greenbergdauber.com
GREENBERG DAUBER EPSTEIN & TUCKER,
P.C.
One Gateway Center – Suite 600
Newark, NJ 07102-5311
(973) 643-3700

-and-

IAN K. BOYD
iboyd@harveysiskind.com
MATTHEW A. STRATTON
mstratton@harveysiskind.com
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, CA  94111
Telephone:     (415) 354-0100
Facsimile:      (415) 391-7124

Attorneys for Plaintiff
INTEL CORPORATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation, | 12 Civ. |
| Plaintiff, | Civil Action |
| vs. | **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** |
| PENTIUM PROPERTIES, LLC, a New Jersey limited liability company; PENTIUM INVESTMENT, LLC, a New Jersey limited liability company; and PENTIUM PROPERTIES WESTFIELD, LLC, a New Jersey limited liability company, | |
| Defendants. | |

Plaintiff Intel Corporation ("Intel"), with an address at 2200 Mission College Boulevard, Santa

Clara, California 95054, alleges as follows:

1.     This action arises from unauthorized use of the trademarks and trade names PENTIUM, PENTIUM PROPERTIES, PENTIUM PROPERTIES LLC, PENTIUM INVESTMENT, PENTIUM INVESTMENT LLC, PENTIUM PROPERTIES WESTFIELD, and PENTIUM PROPERTIES WESTFIELD LLC by Pentium Properties LLC (with an address at 200 Sheffield Street, Mountainside, New Jersey, 07092), Pentium Investment LLC (with an address at 200 Sheffield Street, Mountainside, New Jersey, 07092), and Pentium Properties Westfield LLC (with an address at 200 Sheffield Street, Mountainside, New Jersey, 07092) (hereinafter collectively "Pentium Properties" or "Defendants").

2.     By using trade names and trademarks that incorporate and emphasize the world famous PENTIUM® trademark, Pentium Properties has caused and is likely to continue to cause confusion that Intel is the source or sponsor of Pentium Properties' goods and services, or that there is an association between Intel and Pentium Properties.  In addition, Pentium Properties' acts are causing, and/or are likely to cause, dilution of the famous PENTIUM® trademark.  Consequently, Intel seeks injunctive relief and damages under the federal Lanham Act (15 U.S.C. §§ 1051, *et seq.*), New Jersey state law, and the common law.

## I.     JURISDICTION

3.     This Court has personal jurisdiction over Pentium Properties because, on information and belief, it conducts business in the State of New Jersey and within this judicial district.  Pentium Properties actively services customers located in this state and with this judicial district.

4.     This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1332, 1338 and 1367.  Intel's claims are based on violations of the Lanham Act, as amended, 15 U.S.C. §§ 1051, *et seq.*  This Court also has subject matter jurisdiction over this matter under 28 U.S.C. §1332 because the matter in controversy exceeds the sum or value of $75,000 and is between citizens of different states and/or citizens of a State and citizens or subjects of a foreign state.  The Court has jurisdiction over the state law claims pursuant to 28 U.S.C. §§ 1332, 1338(b), and 1367.

5.      Venue lies in the District of New Jersey pursuant to 28 U.S.C. § 1391(b) and (c).  Intel is informed and believes that Pentium Properties transacts or has transacted business in this judicial district and a substantial part of the events, omissions, and injuries giving rise to Intel's claims occurred in this judicial district.

## II.      THE PARTIES

6.      Plaintiff Intel is a Delaware corporation having its principal place of business at 2200 Mission College Boulevard, Santa Clara, California.  Intel offers a wide variety of goods and services, which are sold worldwide and throughout the United States, including in the District of New Jersey.

7.      Upon information and belief, defendant Pentium Properties, LLC is a New Jersey limited liability company managed by Kimberly Sorrentino that has its principal place of business at 200 Sheffield Street, Mountainside, New Jersey.  Pentium Properties, LLC offers real estate brokerage services.

8.      Upon information and belief, defendant Pentium Properties Westfield, LLC is a New Jersey limited liability company managed by Kimberly Sorrentino that has its principal place of business at 200 Sheffield Street, Mountainside, New Jersey.  On information and belief, Pentium Properties Westfield, LLC offers commercial real estate management services.

9.      Upon information and belief, defendant Pentium Investment, LLC is a New Jersey limited liability company managed by Kimberly Sorrentino that has its principal place of business at 200 Sheffield Street, Mountainside, New Jersey.  On information and belief, Pentium Investment, LLC offers real estate brokerage and investment services.

10.     Upon information and belief, Pentium Properties' services are available to consumers throughout the State of New Jersey and this judicial district, and Pentium Properties has customers and targets customers within this state/judicial district.

### III. INTEL'S BUSINESS AND ITS PENTIUM MARKS

11.     In 1992, Intel announced the introduction of its first PENTIUM processor. *Intel coined the PENTIUM name. The word PENTIUM did not exist prior to Intel's creation of it.* Intel sold its first PENTIUM processors in 1993. Since that time, Intel has expanded its offerings under the PENTIUM trademark to include a broad range of products, from various computer hardware and software products to clothing to mugs to key chains. Intel continues to use PENTIUM as a trademark throughout the world.

12.     Intel is the owner of numerous U.S. trademark registrations for its PENTIUM trademark, covering a variety of goods and services, including the following:

> a.   Registration No. 1834434, issued on May 3, 1994
>
> b.   Registration No. 2201867, issued on November 3, 1998
>
> c.   Registration No. 2173650, issued on July 14, 1998
>
> d.   Registration No. 2337151, issued on April 4, 2000

13.     Each of the above registrations are valid, subsisting, and incontestable under 15 U.S.C. § 1065. True and correct copies of the registrations are attached hereto as Exhibits A-D. Intel uses the notice of registration, "®," with each of its PENTIUM trademarks pursuant to 15 U.S.C. § 1111.

14.     There are no PENTIUM trademarks – in any class – on the U.S. Patent & Trademark Office registers (Principal or Supplemental) other than those owned by Intel.

15.     In addition to its numerous U.S. trademark registrations, Intel owns over 600 foreign registrations for its PENTIUM trademark in approximately 175 jurisdictions throughout the world.

16.     Through its extensive use, Intel also owns common law trademark rights in its PENTIUM trademark.

17.     To date, Intel has generated more than $131 billion in worldwide sales of products bearing its PENTIUM trademark.

18. Intel has devoted tremendous resources to advertise and promote its PENTIUM products. Over the past 18 years, Intel has spent in excess of *$5.5 billion* to advertise such products. In addition to these advertising expenditures, for over a decade Intel's PENTIUM trademark was also heavily advertised in conjunction with the INTEL INSIDE licensing program, one of the world's largest co-operative, ingredient brand marketing programs. As a result of the INTEL INSIDE program, which involved thousands of personal computer makers worldwide, advertisements carrying the INTEL INSIDE logo incorporating the PENTIUM trademark likely created millions of impressions.

19. In addition to its own advertising efforts, Intel's PENTIUM processors have been the subject of numerous articles in the media, including national and international print, radio and television coverage.

20. As a result of Intel's extensive promotional efforts and the success of the PENTIUM processor, as well as Intel's offering of numerous other PENTIUM-branded products, PENTIUM has become one of the most widely recognized and distinctive brands and trademarks among consumers. Intel's PENTIUM trademark has been declared famous by numerous courts and trademark administrative bodies around the world, including the following jurisdictions: China, Costa Rica, Czech Republic, France, Greece, Korea, Russia, Slovak Republic, Spain, Switzerland, Taiwan, Turkey, and the United States. In 2012, the BrandFinance® Brandirectory ranked Intel as the 20th best global brand, in part because the "range of Pentium® processors are now a household name."

21. As part of its communication and marketing program, Intel has registered approximately eighty-four PENTIUM-based domain names worldwide, including pentium.com, pentium.org, and pentium.net.

## IV.   PENTIUM PROPERTIES' BUSINESS

22. Pentium Properties offers real estate leasing and brokerage services, investment services, and related products and services. Pentium Properties maintains a website at

www.pentiumproperties.com and formerly promoted its products and services there.  That website no longer promotes Pentium Properties, but it now promotes Intel's products, such as the Intel Ultrabook™, despite Pentium Properties continuing to maintain control over the website.  This use by Pentium Properties further exacerbates the likelihood of confusion and dilution (see attached Exhibit E).  Pentium Properties also continues to promote its own services through third party websites.

23.     The PENTIUM, PENTIUM PROPERTIES, PENTIUM PROPERTIES LLC, PENTIUM INVESTMENT, PENTIUM INVESTMENT LLC, PENTIUM PROPERTIES WESTFIELD, and PENTIUM PROPERTIES WESTFIELD LLC trademarks and trade names (collectively the "PENTIUM PROPERTIES Marks") wholly incorporate and emphasize the PENTIUM trademark.  The primary and dominant portion of the PENTIUM Marks is PENTIUM, which appears first and in a standalone fashion.

24.     Despite Intel's repeated attempts to resolve this dispute amicably, Pentium Properties has persisted in using the PENTIUM PROPERTIES Marks, leaving Intel no choice but to file this Complaint.

## FIRST CAUSE OF ACTION
## TRADEMARK INFRINGEMENT
### (15 U.S.C. § 1114)

25.     Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 24 of this Complaint.

26.     Upon information and belief, Pentium Properties was aware of Intel's business and its PENTIUM mark prior to the adoption and use of the PENTIUM PROPERTIES Marks.

27.     Pentium Properties either had actual notice and knowledge, or had constructive notice, of Intel's ownership and registrations of the PENTIUM mark pursuant to 15 U.S.C. § 1072 prior to Pentium Properties' adoption and use of the PENTIUM PROPERTIES Marks.

28.     Pentium Properties is using the PENTIUM PROPERTIES Marks in connection with the offering of its products and services without Intel's consent, and with knowledge of Intel's rights.

29.     Pentium Properties' unauthorized use of the PENTIUM PROPERTIES Marks falsely indicates to consumers that Pentium Properties' services are in some manner connected with, sponsored by, affiliated with, or related to Intel, Intel's licensees, or the goods and services of Intel and Intel's licensees.

30.     Pentium Properties' unauthorized use of the PENTIUM PROPERTIES Marks is also likely to cause consumers to be confused as to the source, nature and quality of the services Pentium Properties is promoting or selling.

31.     Pentium Properties' unauthorized use of the PENTIUM PROPERTIES Marks in connection with the offering of its products and services allows, and will continue to allow, Pentium Properties to receive the benefit of the goodwill established at great labor and expense by Intel and to gain acceptance of Pentium Properties' products and services, not based on the merits of those products services, but on Intel's reputation and goodwill.

32.     Pentium Properties' unauthorized use of the PENTIUM PROPERTIES Marks in connection with the offering of its products and services deprives Intel of the ability to control the consumer perception of the quality of the goods and services marketed under the PENTIUM mark, and places Intel's valuable reputation and goodwill in the hands of Pentium Properties, over which Intel has no control.

33.     Pentium Properties is likely to cause further confusion, or to cause mistake, or to deceive consumers or potential consumers in violation of 15 U.S.C. § 1114.

34.     Intel has been, is now, and will be irreparably injured and damaged by Pentium Properties' trademark infringement, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

## SECOND CAUSE OF ACTION
## FALSE DESIGNATION OF ORIGIN
### (15 U.S.C. § 1125(A))

35.     Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 34 of this Complaint.

36.     Pentium Properties' unauthorized use of the PENTIUM PROPERTIES Marks falsely suggests that its products and services are connected with, sponsored by, affiliated with, or related to Intel, and constitutes a false designation of origin in violation of 15 U.S.C. § 1125(a).

37.     Intel has been, is now, and will be irreparably injured and damaged by Pentium Properties' aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

## THIRD CAUSE OF ACTION
## FEDERAL TRADEMARK DILUTION
### (15 U.S.C. § 1125(C))

38.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 37 of this Complaint.

39.     The PENTIUM mark is world-renowned.  It is a famous mark that is widely recognized by consumers, businesses and industry, and that identifies the products and services of Intel in the minds of consumers.

40.     Pentium Properties' unauthorized use of the PENTIUM PROPERTIES Marks began after Intel's PENTIUM mark had become famous.

41.     Pentium Properties' unauthorized use of the PENTIUM PROPERTIES Marks has, and will continue to have, an adverse effect upon the value and distinctive quality of the PENTIUM mark. Pentium Properties' acts blur and whittle away at the distinctiveness and identity-evoking quality of the PENTIUM mark.  Pentium Properties' acts are diluting and/or are likely to dilute the famous PENTIUM mark in violation of 15 U.S.C. § 1125(c).

42.     Intel has been, is now, and will be irreparably injured and damaged by Pentium Properties' aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

## FOURTH CAUSE OF ACTION
## NEW JERSEY TRADEMARK DILUTION
## (N.J. STAT. § 56:3-13.20)

43.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 42 of this Complaint.

44.     The PENTIUM mark is famous in New Jersey.  It is widely recognized by consumers, businesses and industry, and that identifies the products and services of Intel in the minds of consumers in New Jersey.

45.     Pentium Properties' unauthorized use of the PENTIUM PROPERTIES Marks began after Intel's PENTIUM mark had become famous in New Jersey.

46.     Pentium Properties' unauthorized use of the PENTIUM PROPERTIES Marks has, and will continue to have, an adverse effect upon the value and distinctive quality of the PENTIUM mark. Pentium Properties' acts blur and whittle away at the distinctiveness and identity-evoking quality of the PENTIUM mark.  Pentium Properties' acts are diluting and/or are likely to dilute the famous PENTIUM mark in violation of N.J. Statutes § 56:3-13.20.

47.     On information and belief, Pentium Properties willfully intended to trade on Intel's reputation and to cause dilution of Intel's PENTIUM mark.

48.     Intel has been, is now, and will be irreparably injured and damaged by Pentium Properties' aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

## FIFTH CAUSE OF ACTION
## COMMON LAW UNFAIR COMPETITION

49.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 48 of this Complaint.

50.     Intel owns and has used the term PENTIUM as a distinctive trade name and trademark throughout the United States and the world in connection with a wide variety of goods and services for more than 40 years.  The PENTIUM mark and name are valid trademarks under state common law.

51.     Pentium Properties' unauthorized use of the PENTIUM PROPERTIES Marks constitutes infringement and unfair competition of the PENTIUM mark in violation of the common law of New Jersey.

52.     Pentium Properties' wrongful acts have caused and will continue to cause Intel irreparable harm.  Intel has no adequate remedy at law.

53.     Intel is entitled to a judgment enjoining and restraining Pentium Properties from engaging in further acts of infringement and unfair competition.

## SIXTH CAUSE OF ACTION
## COMMON LAW PASSING OFF
## AND UNFAIR COMPETITION

54.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 53 of this Complaint.

55.     Pentium Properties' unauthorized use of the PENTIUM PROPERTIES Marks constitutes passing off and unfair competition of the PENTIUM mark in violation of the common law of New Jersey.

56.     Pentium Properties' wrongful acts have caused and will continue to cause Intel irreparable harm.  Intel has no adequate remedy at law.

57.     Intel is entitled to a judgment enjoining and restraining Pentium Properties from engaging in further acts of infringement and unfair competition.

## PRAYER FOR RELIEF

WHEREFORE, Intel respectfully demands judgment against the Defendants for the following relief:

1.     Entry of an order and judgment requiring that Pentium Properties, and its constituent officers, agents, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with them, be enjoined and restrained from (a) using in any manner the PENTIUM mark, or any name, mark or domain name that wholly incorporates the PENTIUM mark or is confusingly similar to or a colorable imitation of this mark, including, without limitation, any trade name and trademark incorporating the term "PENTIUM" in any form; (b) doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public, or prospective customers of Intel's products or services, as to the source of the products or services offered, offered for sale, distributed, or sold, or likely to deceive members of the public, or prospective customers, into believing that there is some connection between Pentium Properties and Intel; and (c) committing any acts which will tarnish, blur, or dilute, or likely to tarnish, blur, or dilute the distinctive quality of the famous PENTIUM mark;

2.     A judgment ordering Pentium Properties, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon Intel within thirty (30) days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which Pentium Properties has complied with the injunction, and ceased all sales or offering of goods and services under the PENTIUM, PENTIUM PROPERTIES, PENTIUM PROPERTIES LLC, PENTIUM INVESTMENT, PENTIUM INVESTMENT LLC, PENTIUM PROPERTIES WESTFIELD, and PENTIUM PROPERTIES WESTFIELD LLC trade names and trademarks as set forth above;

3.     A judgment ordering Pentium Properties pursuant to 15 U.S.C. § 1118, to deliver up for destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing matter, all articles, packages, wrappers, products, displays, labels, signs, vehicle displays or signs,

circulars, kits, packaging, letterhead, business cards, promotional items, clothing, literature, sales aids, receptacles or other matter in the possession, custody, or under the control of Pentium Properties or it agents bearing the trademark PENTIUM in any manner, or any mark that is confusingly similar to or a colorable imitation of this mark, including without limitation the PENTIUM, PENTIUM PROPERTIES, PENTIUM PROPERTIES LLC, PENTIUM INVESTMENT, PENTIUM INVESTMENT LLC, PENTIUM PROPERTIES WESTFIELD, and PENTIUM PROPERTIES WESTFIELD LLC trade names and trademarks, both alone and in combination with other words or terms;

4.      A judgment ordering Pentium Properties to take all steps necessary to cancel or remove the names "Pentium Properties, LLC," "Pentium Investment, LLC," and "Pentium Properties Westfield, LLC" and any related fictitious business names or business licenses from the records of the Secretary of State of New Jersey and any other relevant agency or department of each state, city, or county, or the clerk of any county, in which Pentium Properties or its related entities are incorporated and/or qualified to do business, and to otherwise take all steps necessary to change Pentium Properties' various business names;

5.      A judgment in the amount of Intel's actual damages, the profits of Pentium Properties, Intel's reasonable attorneys' fees and costs of suit, and pre-judgment interest pursuant to 15 U.S.C. §1117;

6.      A judgment for enhanced damages under 15 U.S.C. §1117 and punitive damages under state law as appropriate; and

7.      A judgment granting Intel such other and further relief as the Court deems just and proper.

Dated:  September 26, 2012

Respectfully submitted,

GREENBERG DAUBER EPSTEIN & TUCKER
LINDA G. HARVEY

By: _____
          Linda G. Harvey (LH 8862)

     -and-

HARVEY SISKIND LLP
IAN K. BOYD
MATTHEW A. STRATTON

By:   Ian K. Boyd

Attorneys for Plaintiff
INTEL CORPORATION

# EXHIBIT A

Int. Cl.: 9

Prior U.S. Cl.: 26

## United States Patent and Trademark Office

Reg. No. 1,834,434
Registered May 3, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## PENTIUM

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER HARDWARE; NAMELY,
MICROPROCESSORS, IN CLASS 9 (U.S. CL. 26).

FIRST USE 5-0-1993; IN COMMERCE
5-0-1993.

SN 74-291,248, FILED 7-2-1992.

MIDGE BUTLER, EXAMINING ATTORNEY

# EXHIBIT B

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**Reg. No. 2,201,867**

## United States Patent and Trademark Office

Registered Nov. 3, 1998

### TRADEMARK
#### PRINCIPAL REGISTER

## PENTIUM

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PRINTED MATERIALS, NAMELY,
BOOKS, MAGAZINES, NEWSLETTERS, JOUR-
NALS, OPERATING MANUALS, USERS
GUIDES, PAMPHLETS, AND BROCHURES
ABOUT, FOR USE WITH AND DIRECTED TO
USERS OF, COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS;
COMPUTER SYSTEM TOOLS; COMPUTER
SYSTEM UTILITIES; COMPUTER APPLICA-
TION SOFTWARE; COMPUTER FIRMWARE;
COMPUTER HARDWARE; COMPUTER PE-
RIPHERALS; COMPUTER COMPONENTS; IN-
TEGRATED CIRCUITS; INTEGRATED CIR-
CUIT CHIPS; SEMICONDUCTOR PROCES-
SORS; SEMICONDUCTOR PROCESSOR CHIPS;
MICROPROCESSORS; PRINTED CIRCUIT
BOARDS; ELECTRONIC CIRCUIT BOARDS;
COMPUTER MEMORY DEVICES; SEMICON-
DUCTOR MEMORY DEVICES; VIDEO CIR-
CUIT BOARDS; AUDIO CIRCUIT BOARDS;
AUDIO-VIDEO CIRCUIT BOARDS; VIDEO
GRAPHIC ACCELERATORS; MULTIMEDIA
ACCELERATORS; VIDEO PROCESSORS; FAX/
MODEMS; COMPUTER HARDWARE AND
SOFTWARE FOR THE TRANSMISSION AND
RECEIPT OF FACSIMILES; COMPUTER
HARDWARE AND SOFTWARE FOR THE DE-
VELOPMENT, MAINTENANCE, AND USE OF
LOCAL AND WIDE AREA COMPUTER NET-
WORKS; COMPUTER HARDWARE AND SOFT-
WARE FOR THE DEVELOPMENT, MAINTE-
NANCE, AND USE OF INTERACTIVE AUDIO-
VIDEO COMPUTER CONFERENCE SYSTEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE RECEIPT, DISPLAY, AND USE OF
BROADCAST VIDEO, AUDIO, AND DIGITAL
DATA SIGNALS; AND COMPUTER HARD-
WARE AND SOFTWARE FOR DEVELOP-
MENT, TESTING, PROGRAMMING, AND PRO-
DUCTION OF HARDWARE AND SOFTWARE,
IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38
AND 50).
FIRST USE 5-0-1993; IN COMMERCE
5-0-1993.
OWNER OF U.S. REG. NOS. 1,834,434 AND
1,941,172.

SN 75-160,171, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

# EXHIBIT C

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,173,650

Registered July 14, 1998

## TRADEMARK
### PRINCIPAL REGISTER

# PENTIUM

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119 INTEL CORPO-
RATION (DELAWARE CORPORATION)

2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS,
TOOLS AND UTILITIES IN THE FIELD OF
APPLICATION SOFTWARE FOR CONNECT-
ING PERSONAL COMPUTERS, NETWORKS,
TELECOMMUNICATIONS APPARATUS AND
GLOBAL COMPUTER NETWORK APPLICA-
TIONS; AUDIO AND VIDEO GRAPHICS FOR
REAL TIME INFORMATION AND IMAGE
TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
FIRMWARE; COMPUTER HARDWARE; COM-
PUTER PERIPHERALS; INTEGRATED CIR-
CUITS; INTEGRATED CIRCUIT CHIPS; SEMI-
CONDUCTOR PROCESSORS; SEMICONDUC-
TOR PROCESSOR CHIPS; MICROPROCES-
SORS; PRINTED CIRCUIT BOARDS; ELEC-
TRONIC CIRCUIT BOARDS; COMPUTER
MEMORY DEVICES; SEMICONDUCTOR
MEMORY DEVICES; VIDEO CIRCUIT
BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-
VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC
ACCELERATORS; MULTIMEDIA ACCELERA-
TORS; VIDEO PROCESSORS; FAX/MODEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE TRANSMISSION AND RECEIPT OF
FACSIMILES; COMPUTER HARDWARE AND
SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE, AND USE OF LOCAL AND
WIDE AREA COMPUTER NETWORKS; COM-
PUTER HARDWARE AND SOFTWARE FOR
THE DEVELOPMENT, MAINTENANCE, AND
USE OF INTERACTIVE AUDIO-VIDEO COM-
PUTER CONFERENCE SYSTEMS; COMPUTER
HARDWARE AND SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIG-
NALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 5-0-1993; IN COMMERCE
5-0-1993.

OWNER OF U.S. REG. NOS. 1,834,434 AND
1,941,172.

SN 75-160,172, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

# EXHIBIT D

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,337,151

Registered Apr. 4, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## PENTIUM

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARD-
WARE; COMPUTER FIRMWARE FOR USE IN
OPERATING AND MAINTAINING THE COM-
PUTER SYSTEM; SEMICONDUCTORS; MICRO-
PROCESSORS; INTEGRATED CIRCUITS;
MICROCOMPUTERS; COMPUTER CHIPSETS;
COMPUTER MOTHERBOARDS AND
DAUGHTERBOARDS; COMPUTER GRAPHICS
BOARDS; COMPUTER NETWORKING HARD-
WARE; COMPUTER NETWORK ADAPTORS,
SWITCHES, ROUTERS AND HUBS; COMPUT-
ER PERIPHERALS AND ELECTRONIC APPA-
RATUS FOR USE WITH COMPUTERS; KEY-
BOARDS; TRACKBALLS; COMPUTER MOUSE
DEVICES; COMPUTER INPUT DEVICES; COM-
PUTER MONITORS; VIDEO APPARATUS;
VIDEO CIRCUIT BOARDS; APPARATUS AND
EQUIPMENT FOR RECORDING, PROCESSING,
RECEIVING, REPRODUCING, TRANSMIT-
TING, MODIFYING, COMPRESSING, DECOM-
PRESSING, BROADCASTING, MERGING
AND/OR ENHANCING SOUND, VIDEO
IMAGES, GRAPHICS, AND DATA; ALGO-
RITHM SOFTWARE PROGRAMS FOR THE OP-
ERATION AND CONTROL OF COMPUTERS;
COMPUTER COMPONENT TESTING AND
CALIBRATING ELECTRONIC UNITS; SET-TOP
BOXES, NAMELY, ELECTRONIC CONTROL
BOXES FOR THE INTERFACE AND CONTROL
OF COMPUTERS AND GLOBAL COMPUTER
NETWORKS WITH TELEVISION AND CABLE

BROADCASTS AND EQUIPMENT; COMPUTER
PROGRAMS FOR NETWORK MANAGEMENT;
COMPUTER UTILITY PROGRAMS; COMPUT-
ER OPERATING SYSTEM SOFTWARE; COM-
PUTER PROGRAMS FOR RECORDING, PROC-
ESSING, RECEIVING REPRODUCING, TRANS-
MITTING, MODIFYING, COMPRESSING, DE-
COMPRESSING, BROADCASTING, MERGING,
AND/OR ENHANCING SOUND, VIDEO,
IMAGES, GRAPHICS, AND DATA; COMPUTER
PROGRAMS FOR WEB PAGE DESIGN; COM-
PUTER PROGRAMS FOR ACCESSING AND
USING THE GLOBAL COMPUTER NET-
WORKS; TELECOMMUNICATIONS APPARA-
TUS AND INSTRUMENTS; APPARATUS AND
EQUIPMENT FOR USE IN VIDEO-CONFER-
ENCING, TELECONFERENCING, DOCUMENT
EXCHANGE AND EDITING; CAMERAS AND
DIGITAL CAMERAS FOR USE WITH COM-
PUTERS; HEADSETS FOR USE WITH COM-
PUTERS, COMPUTER SOFTWARE, VIDEO-
CONFERENCING EQUIPMENT AND TELE-
CONFERENCING EQUIPMENT; PARTS, FIT-
TINGS, AND TESTING APPARATUS FOR ALL
THE AFORESAID GOODS; AND USER MANU-
ALS FOR USE WITH, AND SOLD AS A UNIT
WITH, ALL THE AFORESAID GOODS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-1993; IN COMMERCE
5-0-1993.

OWNER OF U.S. REG. NOS. 1,834,434 AND
1,941,172.

SER. NO. 75-412,487, FILED 12-31-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# EXHIBIT E

This Web page parked FREE courtesy of **Domains Priced Right**



Welcome to **pentiumproperties.com**

Is this your domain?

GO

**Ads**

**Start your domain search here:**

.com

**Renting a new place?**
Get information on what insurance you need, renters guide, & more!
www.EarthquakeAuthority.com

**Secret Garden - Marrakech**
Discover our luxury villas with private heated swimming pool, Golf
www.palmeraiemarrakech.com

**New Intel Ultrabook™**
Ultra Responsive. Ultra Sleek. Ultrabook™ + Extended Warranty.
www.Newegg.com/Ultrabook

**Corporate Apts & Condos**
in Longview WA. For rent or lease Fully furnished. 1+ month stay.
Corporate-Housing-Longview-WA.com

**Riverside Apartments USC**
Roommate Matching Available. Starting at just $399. Apply today!
www.riversidecolumbia.com

**4 BR Home Only $479/Month**
Bad Credit Is OK. No Down Payment. Fast Rent To Own Program Available!
www.renttoownhub.com

**Maui Luxury Villas**
Luxury Villa Rentals Maui. Exclusive & Private Vacation Villas
www.mauivillas.com

**FreeCreditScore.com™**
A Good Credit Score = 700 & Above. See Yours Now for $0.
www.FreeCreditScore.com

**Bank Owned Foreclosures**
Just Enter Zip Code, City or State And Get the Best Prices. Start Now!
BankForeclosedListings.com/Search

**Christmas Holiday, Sicily**
Mountain Village Palazzo for Rent A Festive Cultural Experience
www.thesicilianhouse.com

**Register your domain with us and**
• Save BIG over the competition
• Get FREE extras, including email, hosting and more
• Enjoy 24/7 customer service that's second to none

Plus, check out our other domain services...

 Transfer a Domain         Protect Your Privacy

Backorder a Domain        Save with Bulk Registration

See our full line of products

**Related Searches**

Office Rentals                          Find Apartments for Rent
Apartment Rentals Amsterdam             Commercial Rental Space
Commercial Office to Rent               Commercial Real Estate Rental
Commercial Warehouse for Rent           Apartment Rentals In Barcelona
Short Term Apartment Rentals            Hong Kong Apartment Rentals

**Popular Categories**

Travel                                  Financial Planning
E Commerce                              Lifestyle
Real Estate                             Insurance
Business                                Legal Help
Personal Finances                       Computers

This Web page parked FREE courtesy of **Domains Priced Right**

Use of this Site is subject to express Terms of Use. By using this Site, you signify that you agree to be bound by these Terms of Use, which were last revised on August 21, 2012.
Legal    Privacy Policy